1  Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlaw.com
2  Daniel A. Lev (CA Bar No. 129622)
     dlev@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520

**FILED & ENTERED**

NOV 16 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY milano    DEPUTY CLERK

Attorneys for Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation,<br><br>        Debtor.<br><hr>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>        Plaintiff,<br><br>   vs.<br><br>ACE MUSEUM, a California corporation, et al.<br><br>        Defendants. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11<br><br><br><br>**Adv. No. 2:14-ap-01771-RK**<br><br>**ORDER APPROVING "STIPULATION TO CONTINUE NOVEMBER 18, 2015, STATUS CONFERENCE"**<br><br>[Stipulation at Dkt. No. 93]<br><br>**Prior Status Conference**<br><br>Date:   November 18, 2015<br>Time:  10:30 a.m.<br>Place:  Courtroom 1675<br>         255 East Temple St.<br>         Los Angeles, CA  90012<br><br>**Continued Status Conference**<br><br>Date:   December 16, 2015<br>Time:  10:30 a.m.<br>Place:  Courtroom 1675<br>         255 East Temple St.<br>          Los Angeles, CA  90012 |

**SULMEYERKUPETZ**, A PROFESSIONAL CORPORATION
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

JLV\ 2458147.1

This Court having considered the "Stipulation to Continue November 18, 2015, Status Conference" ("Stipulation"), which is designated on the docket for this action at Docket No. 93, and good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Stipulation is approved.

2. The Status Conference (as that term is defined in the Stipulation) is continued from November 18, 2015, at 10:30 a.m., to December 16, 2015, at 10:30 a.m.

###

Date: November 16, 2015

_____
Robert Kwan
United States Bankruptcy Judge

JLV\ 2458147.1                                                    2